### 15760.   SUMMERVILLE v. THE STATE.

BROYLES, C. J.   The verdict was authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial requires a reversal of the judgment overruling the motion.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 12, 1924.

Indictment for making liquor; from Haralson superior court—Judge Irwin.   June 2, 1924.

*Smith & Watson,* for plaintiff in error.

*E. S. Griffith, solicitor-general,* contra.

---

### 15761.   TOWNS v. THE STATE.

LUKE, J.   The evidence authorized the defendant's conviction. The special grounds of the motion for a new trial are without merit.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 12, 1924.

Indictment for assault with intent to murder; conviction of shooting at another; from Tattnall superior court—Judge Sheppard.   June 11, 1924.

*C. L. Cowart,* for plaintiff in error.

*J. Saxon Daniel, solicitor-general,* contra.